UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL MARTIROSYAN,<br><br>        Plaintiff,<br><br>   v.<br><br>MADSEN, *et al.*,<br><br>        Defendants. | Case No.  1:24-cv-01168-BAM (PC)<br><br>ORDER GRANTING MOTION TO WITHDRAW PENDING MOTION(S) FOR TRO<br>(ECF No. 14)<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION<br>(ECF No. 12) |

      Plaintiff Rafael Martirosyan ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  The first amended complaint has not yet been screened.

      On January 17, 2025, Plaintiff filed a motion for temporary restraining order and preliminary injunction, as a supplement to the injunctive relief requested in his complaint and first amended complaint.  (ECF No. 12.)

      Currently before the Court is Plaintiff's request to withdraw the pending motions for TRO, filed May 5, 2025.  (ECF No. 14.)  Plaintiff states that he recently learned that RVR Log Number 746833 was voided and his transfer out of Calipatria State Prison was changed from endorsement to a security Level IV prison to a Level III.  Given these events, Plaintiff's motion for TRO seeking to expunge the same RVR and that he be transferred to a Level III institution

1

appears to be moot. (*Id.*)

Based on Plaintiff's representations, the Court finds it appropriate to grant Plaintiff's motion to withdraw the pending motion for temporary restraining order and preliminary injunction. To the extent Plaintiff's first amended complaint raises the same requests for injunctive relief, those requests are also considered withdrawn. Plaintiff's first amended complaint will be screened in due course.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion to withdraw pending motion(s) for TRO, (ECF No. 14), is GRANTED;
2. Plaintiff's motion for temporary restraining order and preliminary injunction, (ECF No. 12), is WITHDRAWN; and
3. The Clerk of the Court is directed to terminate ECF No. 12.

IT IS SO ORDERED.

Dated:   **May 8, 2025**                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE